UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Francisco Prieto-Ruiz ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. __08mj873__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

LEO S. PAPAS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Rufina Rodriguez-Mendez**

DATED: __4/1/08__

RECEIVED _____
                    DUSM

RECEIVED 2008 APR -1 P 2:12 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082