PLEASE RECEI

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                    Plaintiff                )<br>                                              )<br>          vs.                                 )<br>                                              )<br> Francisco Prieto-Ruiz                )<br>                    Defendant(s)          )<br>_____ ) | CRIMINAL NO. _08 mj 873_<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted) Case Disposed / Order of Court).

Griselda Torres-Garcia

DATED: 4/1/08

RECEIVED

2008 APR -1 P 2:12
U.S. MARSHAL
SOUTHERN DISTRICT OF

_____RECEIVED_____
                              DUSM

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
                    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082