U.S.A. vs __Francisco Prieto-Ruiz__          No. __08 mj 0873-LSP__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on ___4-17-08___ and ended on ___4-22-08___ ; ( ✗T1 )
_____ and ended on _____ . (    )

**3161(h)**

___ **(1)(A)**        Exam or hrg for **mental or physical incapacity**                    A

___ **(1)(B)**        **NARA exam**ination (28:2902)                                        B

___ **(1)(D)**        State or Federal trials or **other charges pending**                  C

___ **(1)(E)**        **Interlocutory appeals**                                             D

___ **(1)(F)**        **Pretrial motions** (from flg to hrg or other prompt dispo)          E

___ **(1)(G)**        **Transfers from other district** (per FRCrP 20, 21 & 40)            F

___ **(1)(J)**        **Proceedings under advisement** not to exceed thirty days            G

___                   Misc proc:  Parole or prob rev, deportation, **extradition**          H

___ **(1)(H)**        **Transportation** from another district or to/from examination       6
                      or hospitalization in ten days or less

___ **(1)(I)**        Consideration by Court of **proposed plea agreement**                 7

___ **(2)**           **Prosecution deferred** by mutual agreement                          I

___ **(3)(A)(B)**     **Unavailability of defendant** or **essential witness**              M

___ **(4)**           Period of **mental or physical incompetence** of defendant to         N
                      stand trial

___ **(5)**           Period of **NARA commitment** or **treatment**                        O

___ **(6)**           **Superseding indictment and/or new charges**                         P

___ **(7)**           **Defendant awaiting trial of co-defendant** when no severance        R
                      has been granted

___ **(8)(A)(B)**     **Continuances** granted per (h)(8)-use "T" alone if more than         T
                      one of the reasons below are given in support of continuance

_X_ **(8)(B)(I)**     1) Failure to grant a **continuance** in the proceeding              (T1)
                         would result in a **miscarriage of justice** and
                         the ends of justice outweigh the best interest
                         of the public and the defendant in a speedy trial.
                         **(Continuance - miscarriage of justice)**

___                   2) Failure to grant a **continuance** of the trial would result in
                         a miscarriage of justice as the defendant has tendered a
                         guilty plea to a magistrate judge and is awaiting a
                         determination as to whether the plea will be accepted.
                         **(Continuance - tendered a guilty plea)**

___ **(8)(B)(ii)**    2) **Case unusual or complex**                                        T2

___ **(8)(B)(iii)**   3) **Indictment** following arrest **cannot be filed** in thirty (30) days   T3

___ **(8)(B)(iv)**    4) **Continuance** granted in order to obtain or substitute counsel,  T4
                         or give reasonable time to prepare
                         **(Continuance re counsel)**

___ **3161(I)**       Time up to **withdrawal of guilty plea**                              U

___ **3161(b)**       **Grand jury indictment time extended** thirty (30) more days         W

Date __4/17/08__                                    _CAB_
                                                 Judge's Initials